

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

07/12/2012 02:00 PM

COURTROOM B, 5th Floor

HONORABLE KAREN JENNEMANN

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| 6:05-bk-02324-KSJ | 7 | 03/11/2005 |

Chapter 7

**DEBTOR:** Eugene Wilhelm

Phyllis Wilhelm

**DEBTOR ATTY:** Shirley Ovletrea

**TRUSTEE:** Marie E. Henkel

**HEARING:**

Motion to Approve Compromise of Controversy Re: Trustee, Debtor, Ronald Van Dyke, Shriners Hospitals for Children, Alvin Johannesson, Marion Johannesson, Sandra Oak, Bob Wilhoit & PNC Bank, N.A. Filed by Trustee (Doc #19)
Affidavit of Truth. Filed by Ronald Van Dyke (Doc #20)

**APPEARANCES:**:
Greg Hinson: Tee
Marie Henkel: Tee
Ron Van Dyke: Interested Party

**RULING:**
Motion to Approve Compromise of Controversy Re: Trustee, Debtor, Ronald Van Dyke, Shriners Hospitals for Children, Alvin Johannesson, Marion Johannesson, Sandra Oak, Bob Wilhoit & PNC Bank, N.A. Filed by Trustee (Doc #19) - Granted. Order by Henkel.
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c).
<b>This docket entry/document is not an official order of the Court</b>