# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

In re :                                                              Case No. **6-05-02324-KSJ**

**EUGENE E WILHELM**
**PHYLLIS J WILHELM**

                                Debtor(s).
_____/

## ORDER APPROVING COMPROMISE AND SETTLEMENT BETWEEN TRUSTEE, DEBTOR, RONALD VAN DYKE, SHRINERS HOSPITALS FOR CHILDREN, ALVIN JOHANNESSON, MARION JOHANNESSON, SANDRA OAK, BOB WILHOIT & PNC BANK, N.A.

      This case came before the Court on the Trustee's Motion for Approval and Notice of Compromise and Settlement between Trustee, Debtor, Ronald Van Dyke, Shriners Hospitals for Children, Alvin, Johannesson, Marion Johannesson, Sandra Oak, Bob Wilhoit and PNC Bank, N.A., dated May 11, 2012 (docket no. 19) and on the response to said Motion, Affidavit of Truth, filed by Ronald Van Dyke, dated May 29, 2011 (docket no. 20).

      A hearing was held on July 12, 2012, and the Court heard and considered statements made by the Trustee, Trustee's special counsel, Greg Hansen, and Ronald Van Dyke. The Court finds that the compromise and settlement is in the best interests of the bankruptcy estate, its creditors and the debtors. Accordingly, it is

      ORDERED that the Motion for Approval of Compromise and Settlement between

Trustee, Debtor, Ronald Van Dyke, Shriners Hospitals for Children, Alvin Johannesson, Marion Johannesson, Sandra Oak,, Bob Wilhoit and PNC Bank, N.A.,  is hereby granted.

DONE and ORDERED in Orlando, Florida, on July 19, 2012.

**KAREN S. JENNEMANN**
CHIEF UNITED STATES BANKRUPTCY JUDGE

Copies Furnished to :
Debtor(s)     : EUGENE E WILHELM &  PHYLLIS J WILHELM, 1656 Poppy Circle, , Lakeland, FL33803-1650 & at P O Box 372386, Satellite Beach, FL 32937;
Dbtr's Atty  : SHIRLEY W OVLETREA, P O Box 541677, Merritt Island, FL 32954-1677;
Trustee       : Marie E. Henkel, 3560 S. Magnolia Ave., Orlando, FL   32806-6124;
Ttee's Atty  : ALLAN P WHITEHEAD, 2200 Front St., Suite 301, Melbourne, FL  32909;
U.S. Trustee : 135 W. Central Blvd., Suite 620, Orlando, FL 32801;
Other         : Ronald Van Dyke, 473 Thomas Dr., Melbourne, FL 32935;
                Shriners Hospitals for Children, c/o Keith Kromash, Esq, 440 S. Babcock St., Melbourne, FL 32901;
                Alvin Johannesson & Marion Johannesson, c/o Robert Bickford, Esq., 623 Denise Dr., Melbourne, FL 32935;
                Sandra Oak, 605 Grant Ct., Satellite Beach, FL 32937;
                Bob Wilhoit, 1699 Haven Blvd., Palmetto, FL 34221;
                PNC Bank, N.A., c/o Kimberly Bonderrezanka, Esq., 8240 Devereaux Dr., Ste. 100, Viera, FL 32940.