IN THE CIRCUIT COURT OF THE
EIGHTEENTH JUDICIAL CIRCUIT
IN AND FOR BREVARD COUNTY,
FLORIDA

CASE NOs. 05-2005-CA-9048 ~ 05-2005-CP-9048

EUGENE E. WILHELM and
PHYLLIS WILHELM, husband and wife
    Plaintiffs

vs.

RONALD VAN DYKE as Trustee of the
Mary Annetta Horgan Revocable Living Trust,
SHRINERS HOSPITALS FOR CHILDREN,
M. JOHANNESEN, S. OAK and B. WILHOIT
    Defendants

vs.

PNC BANK, NATIONAL ASSOCIATION
    Third-Party Defendant

**FILED**
AUG 21 2012
CLERK U.S. BANKRUPTCY,
ORLANDO DIVISION

Original filed with court by
Notary Presentment, Registered
Mail, Return Receipt Requested
RE 619 771 696 US
**Presentments considered filed
and recorded upon receipt.**

## RESOLUTION OF CASE BY UNITED STATES BANKRUPTCY COURT

Chief Judge KAREN S. JENNEMANN of the UNITED STATES BANKRUPTCY COURT, MIDDLE DISTRICT OF FLORIDA, ORLANDO DIVISION issued an Order on July 19, 2012 granting the Motion for Approval of Compromise and Settlement between Trustee, Debtor, RONALD VAN DYKE, SHRINERS HOSPITALS FOR CHILDREN, Marion Johannesson, Sandra Oak, Bob Wilhoit and PNC BANK, N. A.

This order followed an Evidentiary Hearing on July 12, 2012 in which it was affirmed that all claims against Ronald Van Dyke were resolved, individually and as Trustee of the Mary Horgan Revocable Living Trust, from any other party in the matter, including all of the above named parties. In that hearing, Marie Henkel, Trustee overseeing the Wilhelms' Bankruptcy proceeding, clearly stated that the Settlement did not require anything from Ronald Van Dyke, and did not put his home at risk. Twice she stated before the court, "We don't want anything from you."

Immediately following the hearing, I filed an Affidavit of Truth (#2) affirming the facts revealed in the hearing. I allowed 30 days for lawful rebuttal to avert any misunderstanding. The rebuttal time has passed; and no one, including PNC Bank, N.A., rebutted any part of the Affidavit. Therefore, the case before this, Court since July 2005 is now resolved by a Superior Federal Court.

Furthermore, I herewith present before this Court, THE CIRCUIT COURT OF THE 18TH JUDICIAL CIRCUIT IN AND FOR BREVARD COUNTY, FLORIDA, and its Clerk, Mr. Mitch Needleman, a QUIT CLAIM DEED (See Exhibit 1) transferring my real property into a Common-Law, Business Trust, The M. H. M. Business Trust, a.k.a. The Mary Horgan Memorial Business Trust. Following this filing, I will make every honest effort to also file the Deed separately with the court, paying applicable fees to include any excise tax as required by law.

Therefore, all claims by PNC Bank, N. A. are hereby resolved; and no further action or appeal for a jury trial to the Southern District Court of Alabama is necessary. (At no time was this appeal intended to be heard by the FIFTH DISTRICT COURT OF APPEAL in Daytona Beach.)

NOTICE TO PRINCIPAL IS NOTICE TO AGENT; AND NOTICE TO AGENT IS NOTICE TO PRINCIPAL.

I hereby acknowledge that this case is now closed and any further action by any party involved will result in further legal action in Federal Court. I say that without malice or intent to harm anyone in his or her natural person, finding justice under law as guaranteed under the honorable Constitutions of the United States and the State of Florida Republics.

by: *Ronald T. Van Dyke*
Ronald T. Van Dyke, Trustee
M.H.M. Business Trust

On this, the 20th day of August, 20/2, before me a notary public, the undersigned officer, personally appeared Ron Van Dyke, known to me (or satisfactorily proven) to be the person whose name is subscribed above, and acknowledged that he executed the same for the purposes herein contained.

In witness hereof, I hereunto set my hand and official seal.

*Jennifer W Bishop*
Notary Public

Notary Public State of Florida
Jennifer W Bishop
My Commission DD874635
Expires 03/26/2013

## CERTIFICATE OF SERVICE

There are three originals of this document, one maintained by its creator, one filed by Notary Presentment, Registered Mail with the Clerk of Court named herein, and the final original to Judge John M. Harris in the same envelope. Copies will be provided by US Mail: to attorneys of record in this matter, including: Allan P. Whitehead, Keith S. Kromash, Kimberly B. Rezanka (certified), and Robert E. Bickford; copies will also be provided to Judge Karen S. Jennemann of the United States Bankruptcy Court and Marie Henkel; another copy will go to the 5th District Court of Appeal; and one copy to Sheriff Jack Parker.

NOTE: Exhibit 1, which contains an original Quit Claim Deed and copies of 6 of the 20 pages from the Land Patent filing, will not be copied to anyone; only the court will receive this for the public record.

Exhibit 1

Filed with court only.

- Includes QUIT CLAIM DEED transferring real estate to Trust from individual name.
- Includes 6 out of 20 pages from Land Patent filing, including a certified copy from the Bureau of Land Management.

7 pages total.