UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                                  §
                                        §
WILHELM, EUGENE E                       §        Case No. 05-02324 KSJ
WILHELM, PHYLLIS J                      §
                                        §
            Debtor(s)                   §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

     MARIE E. HENKEL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

     1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

     2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

     3) Total gross receipts of $        (see **Exhibit 1**), minus funds paid to the debtor and third parties of $    (see **Exhibit 2**), yielded net receipts of $      from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By: /s/MARIE E. HENKEL _____
                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| EUGENE E WILHELM |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Creditor # : 1 Bank of America 100 Scorpion Court Satellite Beach FL 32937 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # : 2 Wachovia 1090 Hwy A1A Satellite Beach FL 32937 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MARIE E. HENKEL | | | | | |
| MARIE E. HENKEL | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| WHITEHEAD, ALLAN P | | | | | |
| WHITEHEAD, ALLAN P | | | | | |
| STEVEN M. VANDERWILT CPA, | | | | | |
| STEVEN M. VANDERWILT CPA, | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # : 1 Bank of America P O Box 15480 Wilmington DE 19850-5480 | | | | | |
| | Creditor # : 2 Bank One P O Box 100045 Kennesaw GA 30156-9245 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # : 3 Insight Financial P O Box 31112 Tampa FL 33631-3112 | | | | | |
| | Creditor # : 5 J C Penney P O Box 27596 Albuquerque NM 87125-7596 | | | | | |
| | Creditor # : 6 QVC Dept 7680 Carol Stream IL 60116-7680 | | | | | |
| | Creditor # : 7 Sears P O Box 182156 Columbus GA 43218-2156 | | | | | |
| | Representing: Insight Financial | | | | | |
| | Representing: Insight Financial | | | | | |
| | Representing: QVC | | | | | |
| 000001 | INSIGHT FINANCIAL | | | | | |
| | INSIGHT FINANCIAL | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| | | |
|---|---|---|
| Case No: | 05-02324   KSJ   Judge: KAREN S. JENNEMANN | |
| Case Name: | WILHELM, EUGENE E | |
| | WILHELM, PHYLLIS J | |
| For Period Ending: | 06/17/13 | |

| | |
|---|---|
| Trustee Name: | MARIE E. HENKEL |
| Date Filed (f) or Converted (c): | 03/11/05 (f) |
| 341(a) Meeting Date: | 04/18/05 |
| Claims Bar Date: | 01/05/06 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 337 POLARIS DR, SATL. BCH -HOMESTEAD | 250,000.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 2. CHECKING/SAVINGS ACCOUNT | 1,800.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 3. HOUSEHOLD GOODS | 2,000.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 4. CLOTHING - HUSBAND | 75.00 | 75.00 | | 0.00 | FA |
| 5. CLOTHING -WIFE | 200.00 | 200.00 | | 0.00 | FA |
| 6. HUSBAND & WIFE WEDDING BANDS | 100.00 | 100.00 | | 0.00 | FA |
| 7. 1998 CHEVROLET LUMINA | 2,400.00 | 400.00 | | 0.00 | FA |
| 8. TRUST ESTATE OF MARY HORGAN (u) | 0.00 | 0.00 | | 130,231.17 | FA |
| 9. Post-Petition Interest Deposits (u) | 0.00 | N/A | | 7.70 | FA |

TOTALS (Excluding Unknown Values)   $256,575.00   $775.00   $130,238.87

Value of Remaining Assets   $0.00
(Total Dollar Amount in Column 6)

___

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Debtors possess a cause of action against a caregiver, seeking to invalidate a deed which divested
the debtors of title to real estate.  The attorney retained by debtors to recover the property or
value of the property has agreed to continue the litigation on behalf of the estate.  An application
to employ special counsel has been sent to attorney Heuston
10/24/06 Claims review complete
11/03/06 Application to employ special counsel
11/07/06 Order authorizing employment of special employment
Mediation has been ordered by Circuit Court in Brevard County, to be completed by 04/16/07.  If no
settlement is reached, then case will be on trial docket beginning 06/18/07.
Case has been transferred to the probate division; a final hearing is anticipated by the end of 2007
12/03/07 Special counsel has notified trustee that pleadings are being amended to seize additonal
assets - hearing is anticipated prior to Summer, 2008
Trustee has sought update on status from special counsel
10/06/08 Special counsel anticipates a trial in pending action within 8 months
05/09/09 Special counsel anticipates trial by the end of 2009.  The principal defendant is pro se so
the case is taking much longer to bring to issue
09/10/10 Mediation held; settlement negotiated but still not approved by trial court.
09/27/11 Appeal of judgment ordering sale of property pending in State District Court of Appeal.
05/11.12 Motion to approve compromise
06/28/12 Application to employ cpa
07/02/12 Order authorizing employment of cpa
07/19/12 Order approving compromise
07/27/12 Tax return for estate filed
Pending expiration of speedy review period

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit 8

| | |
|---|---|
| Case No: 05-02324   KSJ   Judge: KAREN S. JENNEMANN | Trustee Name: MARIE E. HENKEL |
| Case Name: WILHELM, EUGENE E | Date Filed (f) or Converted (c): 03/11/05 (f) |
| WILHELM, PHYLLIS J | 341(a) Meeting Date: 04/18/05 |
| | Claims Bar Date: 01/05/06 |

11/25/12 Application for compensation of cpa
12/11/12 Application for compensation of special counsel
12/12/12 Final Report submitted
01/29/13 Final Report filed
01/30/13 Notice of Final Report
03/04/13 Order allowing administrative expenses
03/05/13 Notice of Final Dividends
06/17/13 TDR submitted

Initial Projected Date of Final Report (TFR): 12/31/06        Current Projected Date of Final Report (TFR): 12/12/12

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 05-02324 -KSJ | Trustee Name: | MARIE E. HENKEL |
|---|---|---|---|
| Case Name: | WILHELM, EUGENE E | Bank Name: | UNION BANK |
| | WILHELM, PHYLLIS J | Account Number / CD #: | *******5373  GENERAL |
| Taxpayer ID No: | *******5524 | | |
| For Period Ending: | 06/17/13 | Blanket Bond (per case limit): | $ 1,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/07/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 129,929.48 | | 129,929.48 |
| 03/05/13 | 003001 | MARIE E. HENKEL<br>3560 S. MAGNOLIA AVE.<br>ORLANDO, FL 32806 | Chapter 7 Compensation/Fees | 2100-000 | | 6,301.93 | 123,627.55 |
| 03/05/13 | 003002 | MARIE E. HENKEL<br>3560 S. MAGNOLIA AVE.<br>ORLANDO, FL 32806 | Chapter 7 Expenses | 2200-000 | | 277.36 | 123,350.19 |
| 03/05/13 | 003003 | ALLAN P WHITEHEAD of<br>FRESE HANSEN ANDERSON<br>ANDERSON<br>HEUSTON & WHITEHEAD, P.A.<br>2200 Front St., Suite 301<br>Melbourne, FL 32909 | ATTORNEYS' FEES | 3210-000 | | 43,406.05 | 79,944.14 |
| 03/05/13 | 003004 | ALLAN P WHITEHEAD of<br>FRESE HANSEN ANDERSON<br>ANDERSON<br>HEUSTON & WHITEHEAD, P.A.<br>2200 Front St., Suite 301<br>Melbourne, FL 32909 | ATTORNEY'S COSTS | 3220-000 | | 3,905.99 | 76,038.15 |
| 03/05/13 | 003005 | STEVEN M. VANDERWILT, CPA<br>9940 Hood Rd.<br>Jacksonville, FL 32257 | CPA FEE | 3410-000 | | 2,196.50 | 73,841.65 |
| 03/05/13 | 003006 | STEVEN M. VANDERWILT, CPA<br>9940 Hood Rd.<br>Jacksonville, FL 32257 | CPA COSTS | 3420-000 | | 22.75 | 73,818.90 |
| 03/05/13 | 003007 | Insight Financial<br>P O Box 31112<br>Tampa FL 33631-3112 | Claim 000001, Payment 126.02664%<br>170002-VISA | | | 4,618.70 | 69,200.20 |
| | | | Claim       3,664.86 | 7100-900 | | | |
| | | | Interest       953.84 | 7990-000 | | | |
| 03/05/13 | 003008 | EUGENE E WILHELM<br>PHYLLIS J WILHELM<br>P O BOX 372386<br>SATELLITE BEACH, FL 32937 | Surplus Funds | 8200-002 | | 69,200.20 | 0.00 |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit 9

| Case No: | 05-02324 -KSJ | Trustee Name: | MARIE E. HENKEL |
| --- | --- | --- | --- |
| Case Name: | WILHELM, EUGENE E | Bank Name: | BANK OF AMERICA, N.A. |
|  | WILHELM, PHYLLIS J | Account Number / CD #: | *******4166 NB MONEY MARKET |
| Taxpayer ID No: | *******5524 | | |
| For Period Ending: | 06/17/13 | Blanket Bond (per case limit): | $ 1,000,000.00 |
|  |  | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/30/12 | 8 | FRESE HANSEN ANDERSON ANDERSON HEUSTON & WHITEHEAD PA 2200 Front St., Ste. 301 Melbourne, FL 32901 | SETTLEMENT OF CASE 07/19/12 Order approving compromise | 1249-000 | 130,231.17 | | 130,231.17 |
| 04/30/12 | 9 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.96 | | 130,232.13 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 144.11 | 130,088.02 |
| 05/31/12 | 9 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 1.10 | | 130,089.12 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 165.28 | 129,923.84 |
| 06/29/12 | 9 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 1.06 | | 129,924.90 |
| 07/31/12 | 9 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 1.11 | | 129,926.01 |
| 08/31/12 | 9 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 1.10 | | 129,927.11 |
| 09/28/12 | 9 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 1.06 | | 129,928.17 |
| 10/31/12 | 9 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 1.10 | | 129,929.27 |
| 11/07/12 | 9 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.21 | | 129,929.48 |
| 11/07/12 | | Trsf To UNION BANK | FINAL TRANSFER | 9999-000 | | 129,929.48 | 0.00 |

**Total Of All Accounts**    **0.00**